IN THE MATTER OF THE PROCEEDINGS TO OBTAIN
JUDGMENT FOR DELINQUENT REAL ESTATE
TAXES FOR THE YEAR 1920.

MARY E. HALE, OBJECTOR AND RESPONDENT.[1]

April 20, 1923.

No. 23,443.

### Assessed valuation of real property excessive.

In proceedings to enforce payment of delinquent real estate taxes for the
year 1920 in Ramsey county, certain taxpayers filed answers, objecting that
their land had been overvalued and seeking reduction of the assessments.
The matter was heard by Haupt, J., who made an order reducing the valu-
ation and directing judgment for taxes based thereon. From an order
denying its motion for a new trial, Sanborn, J., the state appealed. Af-
firmed.

*Richard D. O'Brien*, County Attorney, *Harry H. Peterson*, Assistant County
Attorney, *Carlton F. McNally*, Corporation Counsel, and *Arthur A. Stewart*,
Assistant Corporation Counsel, for appellant.

*Thomas C. Fitzpatrick, William F. Hunt, Bishop H. Schriber, William G. Graves,
John P. Kyle, Kerr & Richardson* and *R. A. Walsh*, for respondent.

PER CURIAM.

This is a proceeding to enforce payment of delinquent real estate taxes
in Ramsey county for the year 1920. The appeal is submitted to this court
on the same record and briefs as the case in which the Arcade Investment
Company is respondent, the opinion of this court in that case being filed
herewith and found at page 502. The facts in the two cases are identical
except as to names, the amount of the assessment and the fact that the
respondent herein paid the first half of the tax under protest instead of
appealing to the board of abatement. The trial court made findings and
ordered judgment the same as in that case and the opinion of this court
in that case is controlling here and necessitates the affirmance of the order
appealed from.

Affirmed.

[1]Reported in 193 N. W. 596.